# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Stephanie L Prince<br><br>    Debtor(s) | Case No. 10 B 56658 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/23/2010.

2) The plan was confirmed on 04/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/21/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/27/2014.

5) The case was Dismissed on 09/11/2014.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $41,330.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $41,330.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,828.60 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,328.60

Attorney fees paid and disclosed by debtor:  $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Accelerated Rehab Centers | Unsecured | 400.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 1,285.00 | 1,285.00 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 15,353.86 | 11,775.00 | 11,775.00 | 11,775.00 | 653.42 |
| Americredit Financial Ser Inc | Unsecured | 15,353.86 | 3,578.86 | 3,578.86 | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 1,261.26 | NA | NA | 0.00 | 0.00 |
| Ballert Orthopedic of Chicago | Unsecured | 839.51 | NA | NA | 0.00 | 0.00 |
| Ballert Orthopedic of Chicago | Unsecured | 110.13 | NA | NA | 0.00 | 0.00 |
| Blitt & Gaines | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 168.64 | NA | NA | 0.00 | 0.00 |
| First Franklin Financial | Unsecured | 40,000.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 321.30 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 395.87 | NA | NA | 0.00 | 0.00 |
| Great Lakes Specialty Finance | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 1,017.09 | 1,017.09 | 1,017.09 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 22,507.36 | 27,017.54 | 27,017.54 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,851.16 | 4,252.95 | 4,252.95 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 7,648.87 | 8,478.25 | 8,478.25 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 924.00 | 800.00 | 800.00 | 0.00 | 0.00 |
| Madison Park Apartments | Unsecured | 7,961.00 | NA | NA | 0.00 | 0.00 |
| Medical Services | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 1,427.86 | 1,427.86 | 1,427.86 | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 337.21 | 362.05 | 362.05 | 0.00 | 0.00 |
| Mira Med Rev | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Mira Med Rev | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Mira Med Rev | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Mira Med Rev | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| NationStar Mortgage LLC | Secured | 240,820.73 | 167,479.33 | 167,479.33 | 0.00 | 0.00 |
| NationStar Mortgage LLC | Secured | 240,820.73 | 36,670.73 | 36,670.73 | 24,572.98 | 0.00 |
| Northwest Memorial Hospital | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Northwestern Medical Faculty | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Orthopaedic Institute | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Open Advanced MRI Of Chicago | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Physical Therapy & Sports Rehab | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 304.50 | 304.50 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Rehabilitation Institute Of Chicago | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Rehabilitation Institute Of Chicago | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Rehabilitation Institute Of Chicago | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Rehabilitation Institute Of Chicago | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Rehabilitation Institute Of Chicago | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Rehabilitation Institute Of Chicago | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 538.67 | 538.67 | 538.67 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 5,309.01 | 6,935.18 | 6,935.18 | 0.00 | 0.00 |
| Salute Visa | Unsecured | 615.12 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 148.15 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Physician | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $167,479.33 | $0.00 | $0.00 |
| Mortgage Arrearage | $36,670.73 | $24,572.98 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $11,775.00 | $11,775.00 | $653.42 |
| **TOTAL SECURED:** | **$215,925.06** | **$36,347.98** | **$653.42** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,478.25 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$8,478.25** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$47,919.70** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,328.60 |
| Disbursements to Creditors | $37,001.40 |
| **TOTAL DISBURSEMENTS** : | **$41,330.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/14/2014     By: /s/ Marilyn O. Marshall
                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**